UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES GRIMES,

Plaintiff,

v. Case No. 8:26-cv-1783-MSS-CPT

PASCO COUNTY, et al.,

Defendants.
______________________/

**O R D E R**

Before the Court is the pro se Plaintiff's motion for leave to proceed in forma pauperis (IFP Motion) (Doc. 11), as well as the Plaintiff's Prisoner Consent and Financial Certificate form. (Doc. 12). Upon due consideration of the matter, the Plaintiff's IFP Motion is granted as follows:

1. Because the Plaintiff is incarcerated and does not have any money in his prison trust fund account, he may proceed with his case without prepaying the entire $350 filing fee at the outset. *See* 28 U.S.C. § 1915(b)(1). Instead, the Plaintiff may pay the $350 filing fee over time, either via a cashier's check, a money order, or a check from the penal institution. As monies become available in his prison trust fund account, the Plaintiff shall pay monthly installments of twenty percent of any and all funds deposited into or credited to that account during the prior month. The Plaintiff shall continue to pay such monthly installments until the $350 filing fee is paid in full.

2. Upon receipt of this Order, the agency having custody over the Plaintiff shall forward such payments on a monthly basis to the Clerk of Court each time the amount in the Plaintiff's prison trust fund account exceeds $10. The following information shall either be included on the face of the cashier's check, money order, or check from the penal institution or attached thereto: (1) the Plaintiff's full name; (2) the Plaintiff's inmate number; and (3) the case number for this action (i.e., 8:26-cv-1783-MSS-CPT). Checks or money orders that do not contain this information will be returned to the penal institution.

3. The Plaintiff is cautioned that he is ultimately responsible for paying the entire filing fee if the agency with custody over him lapses in its duty to make installment payments on his behalf. For this reason, if the Plaintiff is transferred to another jail or correctional facility, he should ensure that the new institution is informed of this lawsuit and the required monthly payments as set forth herein. The Plaintiff is advised to retain a copy of this Order for this purpose.

4. The Plaintiff is additionally cautioned that a failure to comply with this Order or to show good cause for noncompliance may result in the dismissal of his case without further notice. The Clerk of Court shall mail a copy of this Order to the Administrator of the Inmate Trust Fund Account, c/o Pasco Corrections, 20101 Central Boulevard, Land O' Lakes, FL, 34637, who, in turn, shall place a lien on the inmate's trust account for court costs and filing fees due. The Plaintiff's IFP motion is denied in all other respects.

SO ORDERED in Tampa, Florida this 20th day of October 2026.

HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Pro se Plaintiff